1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RICHARD EDWARD KREBS, | CASE NO. 3:15-CV-05942-RBL-DWC |
|---|---|
| Petitioner, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| MARILYN HANN, | |
| Respondent. | |

14   This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an

15 application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application

16 demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed

17 *in forma pauperis* (Dkt. 1) is therefore GRANTED.  The Clerk is directed to file petitioner's

18 petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed

19 to send a copy of this Order to petitioner.

20   Dated this 11th day of February, 2016.

21
22                                                    /s/ David W. Christel
                                                      David W. Christel
23                                                    United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1